**David HENDERSON, Plaintiff–Appellant,**

v.

**SPARTANBURG COUNTY MAGISTRATE'S OFFICE; Magistrate Hinson, Individually and in his official capacity, Defendants–Appellees.**

No. 01–6277.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 19, 2001.

David Henderson, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

David Henderson, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Henderson v. Spartanburg County Magistrate's Office,* No. CA–00–3160–7–24BG (D.S.C. filed Jan. 17, 2001; entered Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*